IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CODY L. CARNEY**                                                              **PLAINTIFF**

**V.**                          **CASE NO. 5:16-CV-5214**

**DR. KARAS; NURSE KELLEY OLIVER;**
**and NURSE LANDON HARRIS**                                          **DEFENDANTS**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 43) filed in this case on October 25, 2017, by the Honorable Erin L. Wiedemann, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment (Doc. 34) is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**. A separate judgment will enter.

**IT IS SO ORDERED** on this 15th day of November, 2017.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE